UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>  )<br>       v.                    )<br>  )<br>(1) DAVID CARL ARNDT     )<br>     and                  )<br>(2) DONALD BING MCGILVRAY )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>  ) | CRIMINAL NO.<br>04-CR-10166(RGS)<br><br>VIOLATIONS:<br><br>21 U.S.C. § 846 –<br>Conspiracy To Distribute<br>And To Possess With<br>Intent To Distribute<br>Methamphetamine<br><br>21 U.S.C. § 841(a)(1) –<br>Possession Of<br>Methamphetamine With<br>Intent To Distribute<br><br>18 U.S.C. § 2--Aiding<br>And Abetting<br><br>21 U.S.C. § 841(a)(1) –<br>Distribution of<br>Oxycodone<br><br>21 U.S.C. § 853 –<br>Forfeiture Allegation |

<u>SUPERSEDING INDICTMENT</u>

Count One:   (21 U.S.C. § 846 – Conspiracy To Distribute And To
             Possess With Intent To Distribute
             Methamphetamine).

The Grand Jury charges that:

Beginning at a time unknown to the Grand Jury, but at least by in or about April 2003 and continuing thereafter to on or about August 8, 2003, at Boston, and elsewhere in the District of Massachusetts, in the Southern District of New York, and

elsewhere,

### (1) DAVID CARL ARNDT,

defendant herein, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute, and to possess with intent to distribute, methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further charges that the conspiracy involved 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine. Accordingly, 21 U.S.C. §841(b)(1)(A)(viii) is applicable to this count.

All in violation of Title 21, United States Code, Section 846.

Count Two:       (21 U.S.C. § 841(a)(1) - Possession of
                 Methamphetamine with Intent to Distribute;
                 18 U.S.C. § 2--Aiding And Abetting).

The Grand Jury further charges that:

On or about August 8, 2003, at Boston, in the District of Massachusetts, and elsewhere,

        (1) **DAVID CARL ARNDT**,
            and
        (2) **DONALD BING MCGILVRAY**,

defendants herein, did knowingly and intentionally possess methamphetamine, a Schedule II controlled substance, with intent to distribute.

The Grand Jury further charges that the offense involved 50 grams or more of methamphetamine. Accordingly, 21 U.S.C. § 841(b)(1)(A)(viii) is applicable to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

Count Three:     (21 U.S.C. § 841 - Distribution Of Oxycodone)
                 18 U.S.C. § 2--Aiding And Abetting).

The Grand Jury further charges that:

On or about October 10, 2001, at Boston, in the District of Massachusetts,

**(1) DAVID CARL ARNDT,**

defendant herein, did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count Four:     (21 U.S.C. § 841 - Distribution Of Oxycodone)
                18 U.S.C. § 2--Aiding And Abetting).

The Grand Jury further charges that:

On or about January 24, 2002, at Boston, in the District of Massachusetts,

### (1) DAVID CARL ARNDT,

defendant herein, did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count Five:     (21 U.S.C. § 841 - Distribution Of Oxycodone)
                18 U.S.C. § 2--Aiding And Abetting).

The Grand Jury further charges that:

On or about January 26, 2002, at Boston, in the District of Massachusetts,

**(1) DAVID CARL ARNDT,**

defendant herein, did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count Six:      (21 U.S.C. § 841 - Distribution Of Oxycodone)
                18 U.S.C. § 2--Aiding And Abetting).

The Grand Jury further charges that:

From on or about January 24, 2002 to on or about January 31, 2002, at Boston, in the District of Massachusetts,

**(1) DAVID CARL ARNDT,**

defendant herein, did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count Seven:     (21 U.S.C. § 841 - Distribution Of Oxycodone)
                 18 U.S.C. § 2--Aiding And Abetting).

The Grand Jury further charges that:

From on or about March 23, 2002 to on or about March 25, 2002, at Boston, in the District of Massachusetts,

**(1) DAVID CARL ARNDT,**

defendant herein, did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count Eight:    (21 U.S.C. § 841 - Distribution Of Oxycodone)
                18 U.S.C. § 2--Aiding And Abetting).

The Grand Jury further charges that:

From on or about April 12, 2002 to on or about April 17, 2002, at Boston, in the District of Massachusetts,

**(1) DAVID CARL ARNDT,**

defendant herein, did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Count Nine:        (21 U.S.C. § 841 – Distribution Of Oxycodone)
                   18 U.S.C. § 2--Aiding And Abetting).

The Grand Jury further charges that:

On or about May 17, 2002, at Boston, in the District of Massachusetts,

**(1) DAVID CARL ARNDT,**

defendant herein, did knowingly and intentionally distribute a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts One through Nine of this Indictment, the defendant,

**(1) DAVID CARL ARNDT,**

and as a result of the offenses alleged in Count Two of the indictment, the defendant,

**(2) DONALD BING MCGILVRAY,**

shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations.

2. If any of the property described in paragraph 1 above, as a result of any act or omission of the defendant,

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

      (e)  has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

## NOTICE OF ADDITIONAL FACTORS

The Grand Jury further charges that:

1.   As to Count I, the defendant **DAVID CARL ARNDT** is accountable for at least 1.5 kilograms, but less than 5 kilograms, of methamphetamine.  Accordingly USSG §2D1.1(c)(3) applies to this defendant.

2.   As to Count II, the defendant **DAVID CARL ARNDT** is accountable for at least 500 grams, but less than 1.5 kilograms, of actual methamphetamine and at least 500 grams but less than 1.5 kilograms of "Ice."  Accordingly USSG §2D1.1(c)(2) applies to this defendant.

3.   As to Counts III-IX, the defendant **DAVID CARL ARNDT** is accountable for a quantity of oxycodone that, when converted to marijuana as provided by USSG §2D1.1 (drug equivalency table), is equivalent to at least 100 kilograms, but less than 400 kilograms, of marijuana.  Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

4.   As to Count II, the defendant **DONALD BING MCGILVRAY** is accountable for at least 500 grams, but less than 1.5 kilograms, of actual methamphetamine and at least 500 grams but less than 1.5 kilograms of "Ice."  Accordingly USSG §2D1.1(c)(2) applies to this defendant.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
CYNTHIA W. LIE
JOHN A. WORTMANN, JR.
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS:   October 28, 2004.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Donald Bing McGilvray

**WARRANT FOR ARREST**

CASE NUMBER: 04-CR-10166-RGS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _Donald Bing McGilvray_
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Possession of Methamphetamine with Intent to Distribute

in violation of Title _21_ United States Code, Section(s) _841(b)(1)(A)(viii)_

Name of Issuing Officer

Title of Issuing Officer

Signature of Issuing Officer

Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Donald Bing McGilvray

ALIAS:

LAST KNOWN RESIDENCE: 237 Parsons Street, Brighton, MA 02135

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1954

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 2066

HEIGHT:                                       WEIGHT:

SEX: M                                        RACE: W

HAIR:                                         EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: FBI / USPS / DEA

✎JS 45 (5/97) - (Revised USAO MA 1/15/04)

## Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

**Place of Offense:** Massachusetts   **Category No.** II   **Investigating Agency** DEA/FBI/POSTAL

**City** Boston                       **Related Case Information:**

**County** Suffolk                    Superseding Ind./ Inf.   YES           Case No.   04CR10166RGS
                                      Same Defendant    X      New Defendant _____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number   03-894-MBB
                                      R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  David Carl Arndt                       Juvenile   ☐ Yes   ☒ No

**Alias Name** _____

**Address**  26 Rutland Square, Apartment #3, Boston, Massachusetts

**Birth date (Year only):** 1960   **SSN (last 4 #):** 7160   **Sex** M   **Race:** _____   **Nationality:** _____

**Defense Counsel if known:**  Stephen Delinsky    **Address:** Eckert Seamens
                                                               1 INTERNATIONAL PLACE BOSTON

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Cynthia W. Lie                             **Bar Number if applicable** _____

**Interpreter:**   ☐ Yes   ☒ No                      **List language and/or dialect:** _____

**Matter to be SEALED:**   ☒ Yes (only)   ☑ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:**  5/28/04

☒ Already in Federal Custody as   5/28/04           in   US Marshals
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:**  10/28/04         **Signature of AUSA:**  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | Consp. dist. over 500 grams meth | 21 U.S.C. § 846 | 1 |
| Set 2 | PWID over 50 grams actual meth | 21 U.S.C. § 841 | 2 |
| Set 3 | distribtion oxycodone | 21 USC § 841 | 3 |
| Set 4 | distribtion oxycodone | 21 USC § 841 | 4 |
| Set 5 | distribtion oxycodone | 21 USC § 841 | 5 |
| Set 6 | distribtion oxycodone | 21 USC § 841 | 6 |
| Set 7 | distribtion oxycodone | 21 USC § 841 | 7 |
| Set 8 | distribtion oxycodone | 21 USC § 841 | 8 |
| Set 9 | distribtion oxycodone | 21 USC § 841 | 9 |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

Arndt JS451 SUPERSEDING.wpd - 1/15/04 (USAO-MA)

&JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Massachusetts    **Category No.** II    **Investigating Agency** FBI/USPS/DEA

**City** Boston    **Related Case Information:**

**County** Suffolk    Superseding Ind./ Inf.  Yes    Case No. 04CR10166 RGS
Same Defendant ___    New Defendant  X
Magistrate Judge Case Number ___
Search Warrant Case Number  03mb894MBB
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name  Donald Bing McGilvray    Juvenile  ☐ Yes  ☒ No

Alias Name ___

Address  237 Parsons Street, Brighton, MA 02135

Birth date (Year only): 1954   SSN (last 4 #): 2066   Sex M   Race: W   Nationality: USA

Defense Counsel if known: Michael W. Reilly    Address: Two Center Plaza, Boston MA 02108

Bar Number: ___

**U.S. Attorney Information:**

AUSA  Cynthia W. Lie    Bar Number if applicable  18411

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: ___

Matter to be SEALED:  ☐ Yes  ☒ No

☒ Warrant Requested    ☒ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: ___

☐ Already in Federal Custody as ___ in ___
☐ Already in State Custody ___    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by ___ on ___

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty  ☐ Misdemeanor  ☒ Felony  3

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/25/04    Signature of AUSA: ___

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Donald Bing McGilvray

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 841 | Distribution of Methamphetamine | II |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**