AO 458 (Rev. 10/95) Appearance

# United States District Court
### DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 11/9/04
By [signature]
Deputy Clerk 2:40pm

**APPEARANCE**

CASE NUMBER: 04-CR-10166 (RGS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   Donald Bing McGilvray

I certify that I am admitted to practice in this court.

11/9/04
Date

[Signature]
Signature

Michael Reilly     415900
Print Name          Bar Number

Two Center Plaza
Address

Boston        MA        02108
City          State     Zip Code

617 723 1720        617 457 5677
Phone Number        Fax Number

This form was electronically produced by Elite Federal Forms, Inc.