UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 04-CR-10166 (RGS)** |
| | ) | |
| **DAVID CARL ARNDT** | ) | |
| | ) | |

### ASSENTED TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from December 20, 2004 until the status conference set for February 2, 2004 in the interests of justice. Defense attorney Stephen Delinsky and

1

Michael Reilly assented to this motion in open court on December 20, 2004.

                                    Respectfully submitted,
                                    MICHAEL J. SULLIVAN
                                    UNITED STATES ATTORNEY

                          By:  */s/ Cynthia W. Lie*
                               CYNTHIA W. LIE
                               Assistant U.S. Attorney
                               United States Courthouse
                               One Courthouse Way
                               Boston, MA
                               (617) 748-3183

Dated: December 20, 2004