# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

    v.

DONALD McGILVRAY

CR. NO. 04-10166-RGS

## NOTICE

January 26, 2005

**BOWLER, U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **hearing** at **2:30 p.m., Wednesday, February 2, 2005,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**