# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10166-RGS

UNITED STATES OF AMERICA

v.

DONALD BING MCGILVRAY

### *FINAL STATUS REPORT*

March 14, 2005

**BOWLER, U.S.M.J.**

  The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

  1. The Superseding Indictment in the above-entitled case, which charges the defendant with possession of methamphetamine with the intent to distribute and aiding and abetting, was returned on October 28, 2004;

  2. The defendant was arraigned on the Superseding Indictment on November 9, 2004;

  3. The defendant is not in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately 20 witnesses and that the trial would last approximately two weeks;

5. Counsel for the defendant has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through March 14, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

   /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge