UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                    CRIMINAL NO. 04-10166-RGS

DONALD BING MC GILVRAY

## NOTICE OF HEARING

**STEARNS, DJ.**                          **MARCH 18, 2005**

THIS COURT HAVING BEEN NOTIFIED BY THE MAGISTRATE JUDGE THAT THE ABOVE-NAMED DEFENDANT WISHES TO CHANGE HIS PLEA, A RULE 11 HEARING IS THEREFORE SCHEDULED FOR:

**WEDNESDAY, APRIL 6, 2005 AT 3:00 P.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                    RICHARD G. STEARNS
                                    UNITED STATES DISTRICT JUDGE

                BY:

                          /s/ Mary H. Johnson
                          Deputy Clerk

**TO:** AUSA Lie; AUSA Wortmann; Michael Reilly, Esq., Basil Cronin, U. S. Pretrial Services Officer.