UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
)
)
     v.     )     CRIM. NO. 04-10166-RGS
)
**DAVID ARNDT** )

<u>**WITHDRAWAL OF APPEARANCE**</u>

The undersigned hereby withdraws his appearnace in this matter. The government will continue to be represented by AUSA Cynthia Lie.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    UNITED STATES ATTORNEY

Dated: 5/5/05        By:  <u>/s John A. Wortmann, Jr.</u>
                               JOHN A. WORTMANN, JR.
                               Assistant U.S. Attorney
                               One Courthouse Way
                               Boston, MA
                               (617) 748-3207