```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA       )
                               )    CRIMINAL NO.
          v.                   )    04-CR-10166(RGS)
                               )
                               )
(1) DAVID CARL ARNDT           )
    and                        )
(2) DONALD BING MCGILVRAY      )
```

## ASSENTED TO MOTION TO CONTINUE SENTENCING

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, move that the sentencing of Donald McGilvray, currently scheduled for June 30, 2005, be continued for 45 days. The reason for this motion is that the defendant's cooperation is not currently complete. Defense counsel Michael Reilly assents to this motion.

```
                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

                    By:   /s/ Cynthia W. Lie
                          CYNTHIA W. LIE
                          Assistant U.S. Attorney
                          United States Courthouse
                          One Courthouse Way
                          Boston, MA
                          (617) 748-3183
```

Dated: June 13, 2005