UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    V.                      CRIMINAL NO. 04-10166-RGS

DONALD BING MC GILVRAY

# NOTICE OF RE-SCHEDULING

**STEARNS, DJ.**                        **JUNE 21, 2005**

SENTENCING IN THE ABOVE-CAPTIONED ACTION IS HEREBY RE-SCHEDULED TO:

WEDNESDAY, AUGUST 3, 2005 AT 2:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE.

SO ORDERED.

                                  RICHARD G. STEARNS
                                  UNITED STATES DISTRICT JUDGE

BY:

                                  /s/ Mary H. Johnson
                                    Deputy Clerk