UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 04-10166-RGS** |
| ) | |
| **DAVID CARL ARNDT** ) | |

**NOTICE OF WITHDRAWAL**

Now comes the undersigned Assistant United States Attorney and hereby gives notice of her withdrawal as counsel for the United States of America in the captioned matter. Undersigned counsel notes that she is being transferred to another unit within the United States Attorney's Office.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/: Cynthia W. Lie
CYNTHIA W. LIE
Assistant U.S. Attorney
(617) 748-3183

Dated: August 4, 2005

## **CERTIFICATE OF SERVICE**

    This is to certify that I have served upon counsel of record for the defendant a copy of the foregoing document by first-class mail this 4th day of August, 2005.

                                                /s/: *Cynthia W. Lie*
                                                CYNTHIA W. LIE
                                                Assistant U.S. Attorney