UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V. )<br>)<br>DAVID CARL ARNDT )<br>AND )<br>DONALD BING MCGILVRAY ) | CRIMINAL NO.04-CR10166(RGS) |

### ASSENTED TO MOTION TO CONTINUE SENTENCING

NOW COMES the Defendant, Donald Bing McGilvray and moves this Court to continue sentencing in the above referenced matter which is currently scheduled for September 7, 2005 to October 24, 2005 or some other date convenient to the Court and parties. In support thereof, the Defendant says the following:

1. Additional time is necessary in order to allow the Defendant to develop all relevant evidence necessary for a full and complete sentencing hearing; and,

2. Assistant United States Attorney Nancy Rue has assented to this Motion.

Respectfully submitted,
Defendant, Donald Bing McGilvray
By his attorney

/s/ Michael W. Reilly

Michael W. Reilly, Esq.
Tommasino & Tommasino
Two Center Plaza
Boston, MA 02108
(617) 723-1720
BBO#415900