UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.04-CR10166(RGS) |
| ) | |
| V. ) | |
| ) | |
| DAVID CARL ARNDT ) | |
| AND ) | |
| DONALD BING MCGILVRAY ) | |

**ASSENTED TO MOTION OF THE DEFENDANT DONALD BING MCGILVRAY FOR CONTINUANCE OF THE SENTENCING DATE**

NOW COMES the Defendant, Donald Bing McGilvray and moves for continuance of his sentencing from November 9, 2005 to a date convenient to the Court after January 18, 2006. In support thereof, the Defendant says:

1. For reasons set out in his previous Motion to Continue, the Defendant Donald Bing McGilvray has requested to be sentenced after the sentencing of Co-Defendant David Carl Arndt;

2. The sentencing of Co-Defendant David Carl Arndt has been continued from October 20, 2005 to January 18, 2006;

3. The Assistant United States Attorney Nancy Rue has assented to this Motion to continue.

WHEREFORE, the Defendant Donald Bing McGilvray moves this Court to continue the sentencing to a date convenient to the Court after January 18, 2006.

Respectfully submitted,
Defendant, Donald Bing McGilvray
By his attorney

Assented to:                    /s/    Michael W. Reilly
                                Michael W. Reilly, Esq.
/s/ Nancy Rue                   Tommasino & Tommasino
                                Two Center Plaza
Nancy Rue                       Boston, MA 02108
Assistant United States Attorney (617) 723-1720
(617) 748-3260                  BBO#415900