**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MASSACHUSETTS**


**UNITED STATES OF AMERICA )**          **CRIMINAL NO.04-CR10166(RGS)**
                                    )
                                    )
    **V.**                              )
                                    )
**DAVID CARL ARNDT**                    )
**AND**                                 )
**DONALD BING MCGILVRAY**               )


**DEFENDANT, DONALD BING MCGILVRAY'S**
**MOTION TO CONTINUE SENTENCING DATE**

NOW COMES the Defendant, Donald Bing McGilvray and moves this Court to continue his sentencing to a date convenient to the Court after March 2, 2006. In support thereof, the Defendant says:

1.    For reasons set out in his previous Motions to Continue, the Defendant Donald Bing McGilvray has suggested to the Court that it would be appropriate to sentence this Defendant after the sentencing in Co-Defendant David Carl Arndt's case;

2.    The sentencing of Co-Defendant David Carl Arndt has been continued to March 2, 2006.

WHEREFORE, the Defendant Donald Bing McGilvray requests this Court to schedule his sentencing at a reasonable time thereafter.


                          Respectfully submitted,
                          Defendant, Donald Bing McGilvray
                          By his attorney

                          /s/     Michael W. Reilly
                          Michael W. Reilly, Esq.
                          Tommasino & Tommasino
                          Two Center Plaza
                          Boston, MA 02108
                          (617) 723-1720
                          BBO#415900