UNITED STATES DISTRICT COURT
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>V.                                       )<br>)<br>DAVID CARL ARNDT              )<br>AND                                      )<br>DONALD BING MCGILVRAY    ) | CRIMINAL NO.04-CR10166(RGS) |

### MOTION TO CONTINUE SENTENCING OF
### DEFENDANT, DONALD BING MCGILVRAY

NOW COMES the Defendant, Donald Bing McGilvray and moves this Court to continue his sentencing to a date at least two weeks after the sentencing of Co-Defendant David Carl Arndt. In support thereof, the Defendant says:

1. For reasons set out in his previous Motions to Continue, it is appropriate to sentence this Defendant after the sentencing of Co-Defendant David Carl Arndt;

2. The sentencing of Co-Defendant David Carl Arndt has been continued pending the First Circuit decision in the United States v. German Narvaez-Rosario, No. 05-1355;

3. It is appropriate to continue the Defendant's sentencing which is currently scheduled for April 12, 2006 to an appropriate date after the sentencing of Co-Defendant David Carl Arndt;

WHEREFORE, the Defendant Donald Bing McGilvray requests this Court to schedule his sentencing at a reasonable time thereafter.

Respectfully submitted,
Defendant, Donald Bing McGilvray
By his attorney

/s/     Michael W. Reilly
Michael W. Reilly, Esq.
Tommasino & Tommasino
Two Center Plaza
Boston, MA 02108
(617) 723-1720
BBO#415900