UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.04-CR10166(RGS) |
| ) | |
| ) | |
| V. ) | **FILED UNDER SEAL** |
| ) | |
| DAVID CARL ARNDT ) | |
| AND ) | |
| DONALD BING MCGILVRAY ) | |

## MOTION TO FILE UNDER SEAL

Now comes the Defendant and moves this court to file the attached Sentencing Memorandum of Donald McGilvary under seal. In support thereof, the Defendant says that the confidential nature of the Memorandum makes it appropriate for filing under seal.

                                                  Respectfully submitted,
                                                  Defendant, Donald Bing McGilvray
                                                  By his attorney

                                                  Michael W. Reilly, Esq.
                                                  Tommasino & Tommasino
                                                  Two Center Plaza
                                                  Boston, MA 02108
                                                  (617) 723-1720
                                                  BBO#415900