UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.04-CR10166(RGS) |
| ) | |
| ) | |
| V.          ) | |
| ) | |
| ) | |
| DONALD MCGILVRAY       ) | |

### INDEX OF LETTERS RE SENTENCING OF DONALD MCGILVARY

Nick Velasquez - Friend (Spectrum House)

Fred Meagher - Board of Directors of Humanities International

Davina Fullerton - Board of Directors of Humanities International

Charles Bahne - Academic Coordinator of Humanities International

Susan F. Weber - Board of Directors of Humanities International

Duane Dell'Amico and Deborah Silver - Long Time Friend

Barbara Stern Shapiro - Curator Emerita of Museum of Fine Arts

B. J. Roche - Journalism Program Lecturer at UMass (Long Time Friend)

Robert O. McNamara - Tax Manager of Deloitte Tax LLP (Childhood Friend)

Francis Callanan - Project Director of The Center for Educational Services (Childhood Friend)

Ed McDermott – Uncle

Angelo Martignetti - Friend (Spectrum House)

Claire McDermott Kelly - Cousin

Captain Ann McDermott - Cousin

Jane McDermott - Aunt

David Hockney - Friend

Ian Falconer - Friend

Arthur Lambert - Friend

William McDermott - Cousin

Kathleen Szymanski - Sister of Dennis Neary

Ann and David Graves - Friends

Carol F. McDermott - Cousin

Steven D. Tolman - Massachusetts State Senator

Meg McDermott - Aunt

Marie McDermott - Aunt

Eileen Carey - Cousin

Dr. John Howard Acres - Executive Director of Humanities International

Henry Hicks - President for the Board of Directors of Humanities International

Terence P. McDermott - Cousin