# Nicholas Alexander Velasquez
64 Saratoga St. Apt. #3     East Boston MA 02128

April 16, 2007

Judge Richard Stearns
Moakley Federal Courthouse
Boston, Massachusetts

Dear Judge Stearns,

This letter is about my friend Donald Bing McGilvray who has really lent me a hand getting my life back on track. My name is Nick Velasquez. I wrote a letter two years ago when I met Don (Bing) at Spectrum House. He became my mentor and was helping me out with personal problems. This is a follow up.

Since that time I have successfully graduated from that program and got a job at Target, where I still work today. When I was still at Spectrum I worked at the Target in Westborough then got a shared apartment nearby. I lived there four months and Bing was the one I called when I needed to be talked out of returning to bad habits. He is a great counselor and would always steer me back on the right road.

In June 2006 I decided to transfer to the Target in Everett. One reason was to be closer to my family but another was to be closer to Bing. I felt if he were closer I would be less likely to do things I shouldn't. If I needed his help I knew he would be there. I got an apartment in East Boston and have lived there ever since. Bing and I meet regularly. We laugh and talk about the stress of life. He really helps me keep thinking the right way.

At Target I have become a Team Leader and workers are actually under my supervision. I pay my rent and bills on time. Once I get my finances righted I plan to finish my degree in Science, which I started at Mass Maritime. Bing has got me to believe that finishing my degree is the prize at the end of the rough road I have been on.

I can't really express in words how much Bing has helped me out. Any time I have needed anything he has been there for me. I have been crying on the phone and he was listening. When I was angry I would look to him for calm. Every time I needed a push to the right path he pushed me. I don't want to think where I would be without him today. Please accept this very serious and sincere letter.

Thank you,

Nicholas Velasquez
Nicholas Velasquez

To Whom It May Concern,

My name is Nicholas Velasquez and I have been in the program for four months. Don M. is my mentor, he was not my assigned mentor, but after being here for two weeks I asked him to be my mentor. I did not actually know how much Don was going to help me out. I have been through a lot in this house and have come very close to getting kicked out and Don has been there for me, fighting for me, and calming me down. At anytime I can go to him and talk to him and tell him everything I need to get off my chest. Don is just an all around good mentor the advice that he gives me is priceless. Countless times I have told him things about my past that I would not tell anybody and not only does he give advice, but he listens. It is sad to see him go and hopefully we will keep in touch because I felt like Don was almost a father figure, my family is not in my life and Don knows I have no one and he is the only one that is usually there for me. Don is also a good person to look up to, he is very intelligent and he knows that I have a brain on me too, he actually challenges me mentally so that I am not lazy and do not slip back to the old Nick. In conclusion Don has helped me out numerous times and I look up to him as a role model.

Nicholas Velasquez