April 9, 2007

The Honorable Judge Richard Stearns
Moakley Federal Courthouse
Boston, MA 02210

Dear Judge Stearns,

The focus of this letter is to discuss my friend and business associate, Donald "Bing" McGilvray. It has only recently come to my attention that he, at one time, was involved with drugs and I was surprised and shocked.

Bing is Executive Director of Humanities International, Inc., an adjunct to the Elderhostel Program. I am on the Board of Directors of Humanities and an Elderhostel volunteer and, therefore, spend a good deal of time with "Bing" and have come to know him well.

Bing runs Humanities, which involves about 20-week-long programs per year. Each program includes a minimum of 20 and a maximum of 40 seniors from all parts of the United States and Canada. The detail work is intense.

Bing lives with his aged mother and she is totally dependent upon him. He can be found either at the Beacon Hill Office or at our Operations Center at the Constitution Inn in the Charlestown Navy Yard. Of course, he spends a good deal of time with the clients and the volunteers and at our home. I have never seen him take a drink. Indeed, he is in AA. I know he is committed to sobriety.

Whatever Bing's past offense and in consideration of his current lifestyle, I would urgently recommend that he be forgiven. If you find in his favor, I am sure you will not see Bing in Court again.

Very truly yours,

Fred Meagher
112 High Rock Lane
Westwood, MA 02090