# Davina J. Fullerton

April 10, 2007

The Honorable Judge Richard Stearns
Moakley Federal Courthouse
South Boston, MA 02127

Dear Sir,

I am an art historian working as an Academic Coordinator for Humanities International and also serve on the Board of Directors of this non profit educational company. Humanities International provides senior citizen travel programs to Boston and environs for ElderHostel.

At present, the company is being run by Bing McGilvray. In his capacity as program director, Bing does an excellent job, which entails receiving bookings from all over the country then setting up the programs, such as the one I teach "The Art and Architecture of Boston and Cambridge." These programs are 6 days long. Bing personally welcomes our clients each week to the Constitution Inn, provides lecture rooms with AV facilities, organizes all the meals and transportation, just to mention a few of his many duties. During the travel season he is either on-site with the participants or planning the next program at our Beacon Hill office. He does an exemplary job in dealing with people; maintaining a calm, responsible and efficient demeanor.

I first met Bing McGilvray in 2000 when he came to work as an assistant to Joseph Monahan, the President of Humanities International, now deceased. Bing's background in the art world, having been an assistant to David Hockney, proved invaluable and continues to enrich our cultural curriculum.

Bing is a warm, compassionate person providing care and companionship for his elderly mother. I value his judgment and friendship. Positively, I feel that he is

# Davina J. Fullerton

remorseful for and has overcome any past difficulties. Looking forward, I hope to continuing our work together in the future.

*[signature]*

Davina J. Fullerton.
Former Director of Public Education
The Harvard University Art Museums