April 4, 2007

The Honorable Judge Richard Stearns
Moakley Federal Courthouse
Boston, MA 02210

Dear Justice Stearns:

Please accept this as my submission for your consideration in the case of Donald (Bing) McGilvray.

I have known Bing since 2000 when my husband and I became involved as volunteer coordinators for Humanities International, a non-profit supplier of educational programs for Elderhostel in Boston. Although my impression of Bing was always very positive, I did not get to really know him until 2005 when he was asked to help the organization as it was floundering first under no leadership, and then under extremely bad (and dishonest) leadership. His timely intervention and continued involvement rescued the organization from being plundered.

As I have become more involved in the workings of Humanities International (I am now serving on the Board of Directors), I have gotten to know Bing both as a colleague and a good friend. His tireless efforts to keep Humanities as a going concern have resulted in an organization that is stronger and more viable than ever. On an administrative level, he has worked hard at the detailed and time-consuming job of arranging programs for up to forty people at a time. He has handled personal emergencies for senior citizens with grace, sensitivity and tact. With great charm and a wonderful sense of humor, he always goes out of his way to ensure that everyone has a memorable experience. There is no doubt that, without his involvement, Humanities would not exist today.

I know from personal family experience that many people with addiction problems have to 'hit bottom' before they can face their problems. Bing has 'been there' and is working very hard on his dependency issues and I am absolutely certain that he will succeed.

Just as I cannot imagine Humanities International without Bing, I cannot imagine the world without him. He truly makes it a better place. I know that he has deep family ties and is a strong support for his elderly mother. In all my dealings with Bing, I have never doubted his integrity. I value his friendship highly and I trust him implicitly.

Thank you for receiving my comments.

Sincerely yours,

Susan F. Weber

cc: Attorney Michael Reilly, Tommasino & Tommasino