

**DUANE DELL'AMICO 3726 KINNEY STREET LOS ANGELES CA 90065 TEL: 323.394.0833**

March 25, 2007

The Honorable Judge Richard Stearns
Moakley Federal Courthouse
South Boston, MA 02127

Dear Justice Stearns:

I'm writing on behalf of Donald McGilvray, a friend of almost thirty years, whose case is now before you. We met when we were students at UCLA's Department of Film and Television. Don's work was so creative, and had such a uniquely positive and generous point of view, I volunteered to crew for him whenever the occasion arose. Likewise, he helped me, and through the years and all our changes and troubles, we have remained, now that I think of it, perfect friends, with never a cross word. I realize now I take for granted his absolute kindness, consideration and generosity. As much as I love him and value our friendship, it's Don who's always been better at doing the important things that keep friends' hearts connected—calling, sending me or my wife or children some gift or note, or some brilliant photo collage he's just put together. My kids have his art and cartoons on their walls. We all love him very much.

Very recently, my brother began the long climb out of the hole that drug addiction digs in your life. Starting months ago, Don had called and counseled him several times during a period when my brother was still fighting to deny the reality of his predicament. Methamphetamine seems to have a profound, long-lasting and devastating effect on judgment. It seems almost impossible to get through to someone who is in its clutches. I tend to think that Don's understanding, his selfless concern and commitment to sobriety had an impact that I could not effect. It's also typical of Don to offer to help his friends.

I know Don has been appointed by the board at Humanities International to run their operations, and that he's discharged his duties responsibly. He's been sober a long time, and continues to attend AA meetings. My wife, Deborah Silver, is a child protective services worker for the County of Los Angeles. She has spent years working with clients who are struggling with drug addiction. Achieving and maintaining sobriety is an enormous challenge. Too often, no matter how high the stakes, the challenge is insurmountable. We are proud that Don has made the difficult commitment to sobriety, accepted responsibility for his mistakes, and is building a healthy and productive life for himself. I believe Don's future work and contributions, and his fundamentally loving heart will vindicate your leniency.

Respectfully,

Duane Dell'Amico & Deborah Silver

cc: Attorney Michael Reilly, Tommasino & Tommasino



**DUANE DELL'AMICO 3726 KINNEY STREET LOS ANGELES CA 90065 TEL: 323.394.0833**

March 25, 2007

The Honorable Judge Richard Stearns
Moakley Federal Courthouse
South Boston, MA 02127

Dear Justice Stearns:

I'm writing on behalf of Donald McGilvray, a friend of almost thirty years, whose case is now before you. We met when we were students at UCLA's Department of Film and Television. Don's work was so creative, and had such a uniquely positive and generous point of view, I volunteered to crew for him whenever the occasion arose. Likewise, he helped me, and through the years and all our changes and troubles, we have remained, now that I think of it, perfect friends, with never a cross word. I realize now I take for granted his absolute kindness, consideration and generosity. As much as I love him and value our friendship, it's Don who's always been better at doing the important things that keep friends' hearts connected—calling, sending me or my wife or children some gift or note, or some brilliant photo collage he's just put together. My kids have his art and cartoons on their walls. We all love him very much.

Very recently, my brother began the long climb out of the hole that drug addiction digs in your life. Starting months ago, Don had called and counseled him several times during a period when my brother was still fighting to deny the reality of his predicament. Methamphetamine seems to have a profound, long-lasting and devastating effect on judgment. It seems almost impossible to get through to someone who is in its clutches. I tend to think that Don's understanding, his selfless concern and commitment to sobriety had an impact that I could not effect. It's also typical of Don to offer to help his friends.

I know Don has been appointed by the board at Humanities International to run their operations, and that he's discharged his duties responsibly. He's been sober a long time, and continues to attend AA meetings. My wife, Deborah Silver, is a child protective services worker for the County of Los Angeles. She has spent years working with clients who are struggling with drug addiction. Achieving and maintaining sobriety is an enormous challenge. Too often, no matter how high the stakes, the challenge is insurmountable. We are proud that Don has made the difficult commitment to sobriety, accepted responsibility for his mistakes, and is building a healthy and productive life for himself. I believe Don's future work and contributions, and his fundamentally loving heart will vindicate your leniency.

Respectfully,

Duane Dell'Amico & Deborah Silver

cc: Attorney Michael Reilly, Tommasino & Tommasino