# Barbara Stern Shapiro

The Honorable Judge Richard Stearns
Moakley Federal Courthouse
South Boston, MA 02127

Dear Sir,

    I have known Bing McGilvray since 1998 when I prepared an exhibition of new landscape paintings by the celebrated artist, David Hockney. David had urged me to contact his friend Bing who was at that time a guard at the Museum of Fine Arts. We became friends and I have continued to value our friendship even though my husband and I have moved to New York City.

    Bing is a sensitive, caring human being. I was pleased to give him a reference when he wanted to leave the Museum to become a teacher at an elementary school. And I called upon him frequently to give us a hand when my husband and I decided to leave Boston to join our family. Yes, Bing did the final checking up on the home we left in Brookline.

    We have kept in touch and Bing was with Hockney, his assistants, and me when I curated the most recent Hockney exhibition (2006) of his portraits. Bing was and is always careful, considerate, and sensitive -- perhaps, too much so for his own good!

    I hope you will find in favor of Bing as he embarks on a future of being our responsible friend as well as a much needed support for his mother. I know that he is deeply remorseful about his recent troubles and will, in my opinion, become a strong citizen in the future. Please let me know if you would want any further information from me that would assist you in granting Bing another opportunity to move on positively with his life.

*Barbara Stern Shapiro*
Barbara Stern Shapiro
Curator Emerita
Museum of Fine Arts, Boston