37 Davenport Branch Road
Rowe, MA 01367
March 9, 2006

Judge Richard Stearns
Moakley Federal Courthouse
South Boston, MA

Dear Judge Stearns:

I am writing to ask for leniency in the sentencing of Donald McGilvray of Brighton.

I met Donald in the 1970's at the University of Massachusetts in Amherst, where we both worked on the UMass Daily Collegian. We were part of the boom years, the first generation in our families to get to college. Don was a cartoonist, and his work was renowned among students for its humor and dead-on look at the ups and downs of UMass.

I have always loved Don for his good heart and his wicked sense of humor. He'd do anything for anyone, which is partly what got him into this mess. When he called me several months ago and told me what he had done, I was stunned and sad. I told him he was an idiot. And he agreed. Oddly enough, he also said that being arrested was the best thing that could have happened to him, because it forced him onto the road to recovery, where he is today. I'm glad about this, because it saved his life.

I dread the thoughts of a gentle guy like Donald going to prison, and I'm not sure what good it would do to put him there. He is not violent, and represents no danger to anyone. He is truly remorseful and absolutely embarrassed about his crime, and has made positive changes in his life, getting to Alcoholics Anonymous and getting back to work. He's slowly putting his life back together.

Most of all, he's taking care of his elderly mother, Kay, who is a wonderful Irish mum, who would never get over seeing her son go to jail. I know you might be saying, "Well, gee, he shoulda thought of that." And Don wouldn't blame you. But this is one situation in which your leniency would not be flouted. I don't believe you'd ever be seeing Don in your courtroom again. (If you do, I'll kill him myself.)

Thanks for your time.

Sincerely,

*B.J. Roche*

B.J. Roche
Lecturer
Journalism Program
University of Massachusetts Amherst