# Deloitte.

Deloitte Tax LLP
200 Berkeley Street
Boston, MA 02116-5022
USA

Tel: +1 617 437 2000
Fax: +1 617 437 2111
www.deloitte.com

August 22, 2005

The Honorable Judge Richard Stearns
Moakley Federal Courthouse
Northern Avenue
South Boston, MA 02127

Dear Justice Stearns:

Please accept this submission for your considerations of the fate and freedom of my life-long friend Donald McGilvray.

Don and I go back to 1954; born six months apart, we lived across the street from each other when our parents rented apartments in two family houses while they saved to purchase their first homes. Our mothers continue their 50+ year friendship at senior's meetings and bus trips. And Don and I, since our college days, have never been out of touch for more than a few weeks. I count this relationship among my most valuable.

Don is a caring person to both old friends and new acquaintances. He is a wonderful teacher, a person always in pursuit of knowledge and always creative, thoughtful and dynamic in sharing it. At his recent employment at Charles River School, he enthusiastically shared his passions for art, culture, and history with the children at the day school and at summer camp. At Humanities International, where he worked with elders visiting Boston, he arranged lectures and tours for them around the city, again thoughtfully, creatively and with great understanding for their needs. I am certain his efforts made a difference in the lives of these two groups of people, both young and old.

Don is not a criminal. Don has expressed deep remorse over his actions. He has embraced AA and is committed to changing his life. I believe him in his commitment to sobriety. Don is an extraordinarily talented person whose abilities should flourish now that his addictions are under control.

I hope you will find Don deserves a chance to remain free to allow him to continue to work to solve his dependency problems, contribute to our society, and be available to be an important and reliable friend to me and my wife Maura and many, many others.

Thank you for receiving my comments.

Respectfully,

Robert O. McNamara, CMI
Tax Manager

cc: Attorney Michael Reilly, Tommasino & Tommasino

Member of
Deloitte Touche Tohmatsu

**Deloitte.**

**Property Tax Services**

## Robert O. McNamara, CMI
Boston, MA
617-437-3986
rmcnamara@deloitte.com

**Position:**

Manager Property Tax Services Group

**Areas of Expertise:**

Real estate appraisal and property tax appeal representation for office, industrial, hospitality and residential multi-family properties. Direct appeal review and representation responsibilities in all New England jurisdictions. Client and account management and appeal supervision for client portfolios located in over 30 states. National account marketing, due diligence projects, tax forecasts, staff management.

Qualified as an Expert Witness for appraisal testimony before the Massachusetts Appellate Tax Board and the New Hampshire Board of Tax and Land Appeals.

**Partial List of Clients Served:**

| | |
|---|---|
| Equity Office | Brookfield Financial Properties |
| The Chiofaro Company | ING Clarion |
| Westbrook Partners | Fleet Boston Financial |
| Gerald D. Hines Interests | Paradigm Properties |
| JPMorgan Partners | Equity Residential |
| Blackstone Real Estate Advisors | Lend Lease Real Estate |
| GE Capital Real Estate | Trammell Crow Company |
| LaQuinta Inns | REIT Management & Research |
| CrossHarbor Capital Partners | Rohm & Haas Company |
| Morton International | Wyndham International |
| KBS Realty Advisors | Simon Property Group |
| Invesco Realty Advisors | InterContinental Hotels Group |

**Prior Experience:**

Senior Consultant - Marvin F. Poer & Company
Appraiser/Principal - F B Rogers Associates
VP, Project Manager - N J R Management & Development
President/CEO - Bankers Appraisal Company

ATLASTAX™

# Deloitte.
## Property Tax Services

**Professional Affiliations:**

Institute for Professionals in Taxation Certified Member of the Institute (CMI)
National Association of Real Estate Appraisers CREA Designated Member
Massachusetts Association of Assessing Officers Associate Member
Massachusetts Certified General Real Estate Appraiser License No. 934
Massachusetts Real Estate Broker License No. 122442-B

**Education:**

More than 700 hours of real estate appraisal, mass appraisal and property tax management and appeals coursework presented by the Appraisal Institute, International Association of Assessing Officers, Massachusetts Association of Assessing Officers, Builders Association of Greater Boston, Lincoln Institute of Land Policy, Northeastern University, Institute of Professionals in Taxation.

Business Management Major - Bentley College, Waltham, MA

ATLASTAX™