**the Center FOR EDUCATIONAL SERVICES**
*helping new ideas take root*

1-800-287-0833
Fax: 207-786-7901
cell: 207-557-8150

Francis X. Callanan
*DiscoverME*
*Project Director*

P.O. Box 620 • Auburn, Maine 04212-0620
email: fcallanan@mainecenter.org
• www.mainecenter.org •

8 Norwood Avenue
Camden, Maine 04843
August 18, 2005

The Honorable Judge Richard Stearns
Moakley Federal Courthouse
South Boston MA

Dear Sir:

I submit this recommendation on behalf of Donald McGilvray.

Donald "Bing" McGilvray and I have been friends since childhood. We grew up together on Parsons Street in Brighton and attended St. Columbkille School. Our families were always close, as we both had older and younger brothers who were friends as well.

As the director of Maine's *DiscoverME* project, I had the opportunity to hire Bing to do the artwork for our seventh grade social studies web site. He was an integral part of a 5-person team during the development stage, from 2002 to 2004. The project benefited greatly from not only his artwork, but also his collaborative design work, his insight into the feelings and current tastes of youngsters, and his ability to work independently and keep deadlines over the internet.

In the course of this project, team meetings required him to travel to Maine three times, where he was always a guest at our home. My wife and I always looked forward to his visits, as he is the kindest and most genial sort. I know that he also enjoyed these visits, as he often commented that Maine felt peaceful and relaxing to him. But he is also a private person, not generally given to burdening others with his troubles.

It was during the period of our work together that he first let on, in a vague sort of way, that he had a problem with drugs. His approach at the time was to "just say no," but he also noted that any success he had in resisting by this method was intermittent.

One day he dropped the bombshell. With great remorse for his own decisions, he told me how his trouble had moved from the personal to the legal realm. With uncharacteristic clarity and determination he enumerated strategies for turning his life around. He was quite candid about cooperating with authorities in their investigations of his associates. He displayed no doubt in his understanding that these people, pretending to be friends, had used him like a barn animal, with no regard for consequences or his feelings. Yet I never once heard him blame anyone but himself. On the substance abuse front, he looked forward to the professional guidance of a rehab program that would lead to a drug- and alcohol-free life.

This summer, it was a crushing blow to us all when he reported being asked to leave the rehab program. The ray of light in the news, however, was that he was free from the urge to do drugs. We are so happy to hear in this summer's phone calls and emails how AA has become such an important part of his routine. As my wife and I both have experience in the AlAnon program, we were heartened to hear that he travels across town twice or three times a week to a meeting in Dorchester. In a fashion that typifies his caring attitude, he talks not just of the way the program helps him, but also of the way in which he can help others in the program too.

To sum up, my recommendation is this. Donald McGilvray is not, and will not become a career criminal. He is a man who has made some seriously wrong choices, who has taken responsibility for those misguided actions, who has cooperated with authorities, whose life has been on hold during more than a year of investigative and legal actions, who did the hard work of drug rehabilitation, and perhaps most significantly, who is truly sorry for doing wrong and remains committed to doing right in the future.

I am grateful to the court for this opportunity to share this recommendation of Mr. McGilvray. Please do not hesitate to contact me if necessary.

Sincerely,

Francis X. Callanan
207-236-3807


cc:     Michael Reilly
        Tommasino & Tommasino
        2 Center Plaza
        Boston MA 02108-1904