# The McDermott's

The Honorable Richard G. Stearns
Justice of the United States District Court

RE: Donald McGilvray

Your Honor:

I am Donald McGilvray's uncle. The McDermotts of Brighton, are a family of 11, with offspring now 75 and still growing. The family was totally shocked and seriously dismayed to learn of Donald's offense. This crime, is the first infraction of the law, in this family.

I personally understand the tragedy, for as a Naval Officer, I was the Discipline Officer for the Fourth Naval District. Since November 24, 1978, I have been a very active member of Alcoholics Anonymous. My journey has been one of total involvement at meetings and activities. I have conducted several structured programs at: The Gavin House in South Boston, The Homeless Veterans Shelter in Boston, and at the Lifeboat Group in Cohasset.

My nephew duly recognizes the crass stupidity of his actions. His residency and rehabilitation at the Spectrum Health Center has shown to him the depravity of his drug use. He is extremely remorseful. His only desire is to prove to the Court, that he can be a clean and effective member of society.

## The McDermott's   Page 2.

Don has always been a welcomed and respected member of the McDermott family. He brightens his 87 year old, widowed, mother's life by being a loving and devoted son. Indeed, my sister, Kay, had no idea that drug activity was going on. Don is an engaging sibling to his brothers, Al and Chuck. He is adored by his great cousins and especially treasured by his niece Samantha. The McDermott's have been a family of great affection for each other; we are very close and enjoy each other. Donald has always contributed to this giving and receiving.

Donald has committed a very grave, tragic mistake. The family humbly and respectfully implores the court, that he be given the opportunity to correct the wrong done to himself, his family, and society.

Respectfully
Ed McDermott