July 27, 2005


Judge Richard G. Sterns
Moakley Courthouse
Boston, MA


Dear Judge Sterns,

I am writing this letter to express my views on the character of Donald McGilvray.
When I first arrived at the Spectrum house in Westborough, MA, Don was one of the first
people I met. I quickly noticed that he was a very intelligent person, very eloquent and
witty. As I got to know him, it became clear that he was also a very caring individual.
As a new resident of the Spectrum house, I was obviously full of questions and concerns,
which Don was more than willing to assist me with. He acted as a mentor to myself and
to other younger members of the house, consistently imparting sound advice derived
from his experiences at Spectrum and from his life in general. Don is the type of person
whom you could also rely upon to lift the spirits of the house as a whole in times of
unrest. His leadership skills were needed, and very much appreciated, in this house. In
short, he was a driving force in the Spectrum community.

A specific example that comes to mind when I think about Don's many contributions to
Spectrum is his GED training program. Don volunteered to facilitate a class for residents
of the house who had not graduated high school and had a desire to get their GED. To
me, this is a prime example of Don's compassion for humanity and his willingness to
give back to the Spectrum community. Much of what I have written thus far deals with
Don's contributions to Spectrum as a whole. Much more needs to be said about the
affect that he had on me personally. As I mentioned earlier, I was a bit out of sorts when
I first arrived at Spectrum. But no matter what issues he may have been dealing with,
Don always went out of his way to sit and talk to me, and lightened my mood using his
own formula of wit and levity. I can honestly say that without Don's influence, I would
not be the successful and productive member of the Spectrum community that I am
today. He led by example, and he taught from experience, and for that, I owe him a great
deal of gratitude.


Sincerely,


Angelo Martignetti