June 14, 2005

The Honorable Richard G. Stearns
Justice of the United States District Court

Re: Donald McGilvray

Your Honor:

I write this letter on behalf of my cousin Don McGilvray, who will be sentenced on June 30, 2005 for "Intent to Distribute". Although I was shocked and saddened to learn of this gross error in judgment, I felt compelled to write in Don's defense.

My cousin, Don comes from a very strong and loving family (both immediate and extended). He is one of 27 first cousins on his mother's side. His mother, Kay McGilvray (age 87) is considered to be the matriarch of our family. For many years (since the death of his father), Don has lived at home with her in order that she would not have to live alone in her late seventies and eighties. Deservedly, she has come to depend on him. Don is also loved and respected by his two brothers, sister-in-law, his niece Samantha, his 26 cousins and other family members and friends.

Although we would all agree the Don did an **incredibly** stupid thing that would not only ruin his life and reputation, but impact all of us, I still support and love him and feel confident that he would not repeat this mistake, if given a second chance. I respectfully request that Your Honor give Don a second chance.

Thank you for any consideration you could give to my cousin, Donald McGilvray.

Respectfully,

Claire McDermott Kelly