49 Bqgnell Drive
Pembroke, MA 02359

May 31, 2005

The Honorable Richard G. Stearns
Moakley Federal Court House

Dear Sir:

I am writing on behalf of my cousin Donald McGilvary. We are from a large working class Irish family that has always been close. I have known Donald since we were both children and have kept in contact over the years through funerals, weddings and family reunions. He was my only cousin to send me a wedding card when I married while stationed in San Diego 28 years ago. Almost all the cousins live in the Boston area and I have recently moved back here after a 30 year career in the Navy. As a Navy nurse I have seen over the years the devastating effects of addiction both in and out of the military. Not unlike Donald, they are warm caring people who struggle with this disease. What Donald did was wrong. I implore you to please let him show the courts and his family that he can right this wrong and return to his family and society as a contributing member.

Respectfully,

Captain Ann C McDermott, NC, USNR-Retired