June 1, 2005

The Honorable Richard G. Stearns
Justice of the United States District Court


Your Honor:

My name is Jane P. McDermott. I am writing to you regarding Donald McGilvary who is my nephew and my godson.

Donald's crime came as a total surprise to me and my family. Donald and his mom, my sister Kay McGilvary, have spent most holidays (Easter, Thanksgiving and Christmas) for the past ten years at my home with my husband Paul, my three children, their spouses and my eight grandchildren. They were all wonderful family gatherings.

My sister Kay is 87 years old and the matriarch of our remaining family. Kay and Donald are very devoted to each other. Kay relies heavily on Donald for all her activities of daily living. This is a real concern for me in that Kay's health and welfare would be jeopardized with Donald being sent to prison.

Your Honor, I am asking you and the court to please give Donald the chance to prove that he can be an asset to society and his family.


Thank you in advance:

*Jane P. McDermott*
Jane P. McDermott