To Honorable Judge Michael G. Sterns
Moakley Courthouse. Boston. MA.

**DAVID HOCKNEY**
9 PEMBROKE STUDIOS, PEMBROKE GARDENS, LONDON W8 6HX

5. June 05.                                   tel. +44 20 7602 9142

concerning Donald McGilvray

Your Honor,

I have known Donald McGilvray for 25 years. We met in Los Angeles because he had an interest in drawing, indeed is a talented cartoonist.

He was known as Bing because he crooned in the Crosby manner, and had a cheerful disposition which was a pleasure to all around him.

Occasionally he worked for me when I was designing opera sets. He was the kind of person one was always glad to see, charming, joyful and with wry comments on some of the absurdities around us. He never bored us and was immediately receptive to a wider musical experience as I was working on Ravels short opera about a naughty (even wicked) boy who damaged things, but was eventually redeemed by his kindness to a wounded squirrel. He grew to love the work as much as I did, and I know it widened his horizons.

A few years ago he moved back to Boston to live with his Mother. I kept in touch by telephone, and he with me mostly by faxes which were always amusing, containing clever drawings and

**DAVID HOCKNEY**
9 PEMBROKE STUDIOS, PEMBROKE GARDENS, LONDON W8 6HX

2

marvellous punning language. Unfortunately he could never turn his talents into something for a wider audience which must have dissapointed him.

His foolish (and criminal) act with drugs was a shock to all his friends, and to me quite out of character. I know he is blaming only himself and I know he is deeply ashamed at what he has put his mother and family through.

He really has a heart of gold and a very loving family, I'm sure he can be a responsible and productive citizen if given a chance

I am pleading on his behalf confident that his family and friends will lovingly watch over him.

Yours very sincerely
David Hockney