IAN FALCONER
33 W 9
NYC 10011
212 533 9592
4788

Wednesday, June 1, 2005

The Honorable Richard Stearns
Moakley Courthouse
Boston MA.

Dear Judge Stearns,

  I am a children's book writer who has won a Caldicott award for my book "Olivia" and an illustrator who has done twenty six covers for The New Yorker magazine. I have known Donald McGilvray, known to friends as Bing, for over twenty years.
I consider Bing to be one of my oldest and closest friends, and, believe it or not, a man of high moral character. He is kind, intelligent, and a terrifically talented artist.
  I was fairly shocked at hearing of his current predicament, and would have been more shocked had I not personally seen other educated middle class men with promising careers, indeed already successful, wreck their lives through the use of methamphetamines. I believe this drug to be truly insidious; as immediately addictive as heroin and much cheaper. Still I believe that Bing would benefit by the leniency of the court, and could ultimately be a great benefit to others.

Thank you,

*[signature]*

Ian Falconer