May 30, 2005

Re: Donald McGilvray

Honorable Richard G. Stearns Moakley Courthouse Boston, NIA 02110

Dear Judge Stearns:

In order to provide some information as to who I am, I will just note that, now, at 70, I am retired, but for the latter part of my business life, I was the Chairman of the Board of a savings bank in the Washington, D. C. metropolitan area.

I have known Donald, called Bing by his friends, for many years, originally meeting him when he was working for David Hockney in Los Angeles. He has been a guest in my house in New York City on numerous occasions.

My experience with Bing convinces me that he is a very honorable and decent person. I know that he is very caring with his Mother, who is getting along in years and depends a great deal on him. He has always been a good friend with me. I would trust him completely. I have found him to be responsible and know that he has been highly regarded in the jobs he has held.

I was aware that he had occasional problems with drugs and alcohol which sometimes clouded his judgement relating to himself. Nevertheless, I believe he deserves credit for taking full responsibility for his part in the unfortunate situation which bring him to your attention and for not blaming anyone else or the circumstances or bad luck, but only himself. He has indicated to me his deep remorse for his actions and is determined that this misfortune will be the catalyst to change his behavior for good. I believe that, if you can find it in your power to take these things into consideration, you will never see him again in court and he will successfully use his rehabilitation to maintain his recovery for the rest of his life.

Again, I would urge once more, that Bing is a decent honorable person who has made a mistake that he deeply regrets and which he will never repeat, one that has spurred him to overcome whatever problem with substances he may have suffered from and will beneficially influence his behavior all his remaining years.

Respectfully yours

Arthur G. Lambert
33 West 9th Street, New York, NY 100 11