McDermott, Quilty & Miller LLP
21 Custom House Street - Suite 300
Boston, Massachusetts 02110

Telephone: 617-946-4600
Facsimile: 617-946-4624

May 31, 2005

Honorable Richard G. Stearns
Justice of the U.S. District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE: **Donald McGilvray**

Dear Judge Stearns:

My name is William P. McDermott. My first cousin is Donald McGilvray, who is due to appear before you for a sentencing hearing on June 30, 2005, on a charge of "Intent to Distribute". This charge stems from activity during the summer of 2003 involving a very dangerous drug known as "crystal meth".

I am a few years older than Don and as a result have known him my whole life. His mother, Kay, and my father who is deceased were sister and brother in a very close immigrant family. Over the decades that I have known and interacted with Don, I have truly enjoyed the time I have spent with him. He is a very bright, warm and loving family member. He is also a gifted artist who has adapted his skills to excel in the area of computer graphics and art. Additionally, Don is a devoted and extremely attentive son and caregiver to his mother, my Aunt Kay, who is 87 years old.

I have spoken to my cousin Don several times over the last two years and he is extraordinarily remorseful with respect to his actions in 2003. This is his first offense and although it is an extremely serious crime, I have no doubt that it would never happen again.

I have been an attorney for almost thirty (30) years and although I have never practiced criminal law, I feel as though I have a good understanding of when a defendant deserves a second chance. I honestly believe that Don McGilvray is a textbook example of someone who needs the leniency of the Court and another chance. If the Court could give Don an opportunity to prove himself, I am supremely confident that he would lead an exemplary life.

Thank you very much for your consideration of this request.

Sincerely,

*Wm P McDermott*

William P. McDermott