May 31, 2005

Honorable Judge Richard G. Sterns
Moakley Court House
Boston, MA 02108

Dear Judge Sterns,

I am writing this letter on behalf of my friend, Donald "Bing"McGilvray.

Bing was my brother's partner in California for many years dating back to 1976.

My brother Dennis was the world to me. We suffered all the nonsense of human frailty together
along with my middle brother, Raymond. Dennis was our protector. He tried his best to shield
me, made sure that I got braces and that I went to college.

My parents were married when they were 17. Dennis found out later through some simple
mathematics, that he was the reason. The rest of the story goes downhill from there. My mother
left us for a 17 year old boy with whom she was pregnant when I was two. My father suffered a
breakdown with a little help from alcohol. After a round of foster homes, my grandmother
stepped in at age 52 and took us in. We were then subjected to her pedophile, good for nothing
brother who had his way with all three of us.

No wonder Dennis moved to California!

I tell you all this because Bing was a savior in my life.

My brother Dennis disappeared from all of us for a period of 10 years until 1992. My father,
with whom he never had a great relationship called me the night Bill Clinton was elected
President. I assumed he was calling to jibe with me about politics. Instead, he told me that Bing
had found Dennis.

Dennis called Bing to help him "move some furniture". Bing arrived at Dennis' apartment to
find him 100 or so pounds, the place infested because of his cats and birds and practically
incapacitated. For all the help Dennis gave the rest of us, he couldn't ask for help in return. It
was a very sad day.

My father and I went the next day to California. That was the end of November and Dennis died
early in January. Bing was with me every step of the way. He was able to get Dennis into The
Chris Brownlie Hospice for the little bit of time that Dennis had left. Dennis came back to life
there for a little bit, sad that he had disappeared from all of us , but hopefully reassured about
how much he was loved. Bing allowed my brother to die with dignity. I now understand that one
can't ask for more than that.

Since then, I have become very close with Bing. His 85 year old mother "Auntie Kay" is the grandmother in our life. Dennis never got to see my two beautiful children, Christopher Dennis who is 8 and Lily Rose who is 6. I find peace in the fact that I can share my kids with Uncle Bing and Auntie Kay. It gives us some connection to my brother who helped me rise above all the nonsense to become a good mother and wife. My father passed away last year and my brother, Raymond is a paranoid schizophrenic under state care in Delaware. My children have never met him and probably never will.

Last October, Bing came out to help me with a fashion show that featured some of my designs. My children were in the show and I was a little overwhelmed. Bing organized and choreographed our portion of the show. It was a tremendous amount of fun and perfectly done thanks to Bing. Before he left, he told me the whole story of his current situation-what he had done, what the consequences might be.

This may sound naive, but I didn't really know that he had an addiction. I knew, of course, that there was some dabbling, but not to extent that he would jeopardize his life or his freedom. I have been really shaken by this. Worried that my family might not see him again, worried for his mother, Kay. She really needs him and he is a devoted son.

Bing is an incredibly talented man. It is difficult being an artist and finding direction. He definitely took a wrong turn, but I am hoping that Spectrum is helping him to recover.

Bing has so much to share and he means the world to a few of us. I know he will have a good support system and I would do anything I could to help.

I hope you can consider any and all of his good qualities and how much he still has to contribute when you make your decision.

Thank you for taking the time for read this. If you need anything further, I am certainly available to help in any way.

Sincerely,

Kathleen Szymanski