To:        Honorable Judge Richard G. Sterns
           Moakley Courthouse
           Boston. MA

From       Ann & David Graves
           63 St. Mary Abbots Court
           Warwick Gardens
           Kensington
           London W14 8RB

           Tel. +44 20 7603 2537

           30th May 2005

Concerning  Donald McGilvray

Your Honor

In 1983, whilst working on a project, we rented an apartment in Los Angeles. Donald McGilvray lived in the same apartment complex, and we became close friends. Prone to burst into song, and known to all his friends as "Bing", he was a kind, considerate and entertaining neighbour. We have kept in contact since then, seeing each other about once a year and corresponding - Bing is an excellent letter-writer. We enjoyed hearing from him, his letters were always amusing and full of news. However, when he wrote to tell us of the situation he had got himself into, we were sad and surprised.

Bing's letters show he blames no-one but himself, and that he is doing his best to use his time at Spectrum well - not just because he is in trouble, but for his family, and as a first step to rebuilding a future for himself. Bing is sad and ashamed to have put his mother, Kay, who is in her eighties, through such worry. Kay has often told us, on the telephone, what a good son he is.

The McGilvray family are close. He has a brother, sister-in-law, nieces and nephews who he spends a lot of time with, and who love him very much. I know they are shocked by what has happened and think he has behaved in a ridiculous fashion, but are supporting him and are hoping it will not be too long before he can go home.

Bing's letters usually contain drawings interspersed with the text - as you probably know he is a talented cartoonist. It was unsettling, in his drawings, to see a darker and sadder side to his personality. I suppose that is a natural consequence of his present circumstances. There were no drawings in his last letter, but his words show a determination to persevere and hope for the future.

This experience has been a severe reality check for Bing.  We are hoping he will soon be back living with Kay, his mother.  She needs him, and he needs her.  His family, and his friends, will keep an eye on him to make sure he keeps to the straight and narrow, that should not be an arduous task.  His actions were out of character.  We know him as an honest soul, with a kind heart.


Yours sincerely


Ann & David Graves