May 23, 2005

The Honorable Richard J. Stearns
Justice of the United States District Court
RE: Donald McGilvray

Your Honor:

Please accept this letter of character on behalf of my cousin Donald McGilvray whom I know to be a caring and thoughtful person of unquestionable character, someone who knows, very well, the difference between right and wrong.

Don is currently in residence at the Spectrum Health Center and it is my understanding that this time has allowed him to reflect upon and come to terms with the magnitude of his terrible mistake. He understands, well, the consequences of his actions and how they were likely to put others in harm's way. He is 100% remorseful, not only for the immorality of his actions but also for permitting his drug use to influence his judgment and decision making skills.

Don has always been an integral and well-loved member of our family. He is a wonderful and talented man, a devoted son and most of all, someone who deserves a second chance at redemption. I implore the Court to provide him with an opportunity to once again be a productive member of society and to be able to contribute as unselfishly as his nature and talents will allow.

Respectfully,

*[signature: Carol A. McDermott, Esq.]*

Carol A. McDermott, Esq.