

COMMONWEALTH OF MASSACHUSETTS

# MASSACHUSETTS SENATE

STATE HOUSE, BOSTON 02133-1053

**SENATOR STEVEN A. TOLMAN**
2ND SUFFOLK AND MIDDLESEX
DISTRICT
ROOM 213A
TEL. (617) 722-1280
FAX (617) 722-1069
E-Mail: stolman@senate.state.ma.us

COMMITTEES:
WAYS AND MEANS (ASSISTANT VICE CHAIRMAN)
PUBLIC SERVICE (CHAIRMAN)
BANKS AND BANKING
ENERGY
LOCAL AFFAIRS
SCIENCE AND TECHNOLOGY
STATE ADMINISTRATION

August 10, 2005

Hon. Richard G. Stearns
District Judge
United States District Court for the District of Massachusetts
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: <u>United States v. Donald "Bing" McGilvray</u>, U.S.D.C. 04-CR-10166RGS

Dear Judge Stearns:

I write to attest to the character of Donald "Bing" McGilvray who comes before the Court for sentencing.

I have known Bing McGilvray and his family for several years. During that time they have been very good neighbors. The family, and Bing in particular, has been very involved in activities in the community.

Bing has been the primary care giver for his 87 year-old mother. He has a BFA in Art from UMass-Amherst and an MFA from UCLA Film School and has tutored neighborhood children. He taught at the Charles River School in Dover and mentored young artists in local summer programs. As an art counselor he has been responsible for many murals in the Allston area.

Certainly Bing has had his struggles but I understand that he is committed to overcoming them and putting his life back together through active AA involvement. Please give every consideration to leniency in sentencing. If I may be of any further assistance please do not hesitate to contact me.

Sincerely,

Steven A. Tolman