The Honorable Richard G. Stearns

Justice Of The United States District Court

Re: Donald McGilvray

Your Honor:

I am Donald McGilvray's Aunt and have known the family since 1961. To say the least, I am shocked to hear of this offense as the family has always been of good standing.. The fact that this is a first offense, I am asking that you give careful consideration to this matter and implore the Court to give Donald the opportunity to correct the wrong he has done.

Respectfully,