12 Rosering Cove Lane
Scituate, MA 02066
May 30, 2005

The Honorable Richard G. Stearns
Justice of the U.S. District Court

Re: Donald McGilvray

Dear Judge Stearns:

I am Donald McGilvray's aunt by marriage and have known him all his life.

I have always found him to be respectful, caring and devoted, especially to his widowed mother, Kay, my sister-in-law.

I'm sure Donald realizes the results his actions have brought to himself and his family. I sincerely request the Court for leniency in order that Donald may be able to rectify his mistakes and fulfill his obligations to his family and to society.

Respectfully yours,
Marie McDermott