Dear Judge Stearns,

This note is on behalf of my first cousin Don McGilvray. As a former prosecutor in Essex County District Attorney Kevin Burke's office, I fully understand the gravity of the charges against cousin Don. I wish you could know Don the way I do. I was closed to his aunt there in any charges against him. Don was the bright smile at a family gathering. The guy who always reminded me of the fine memories of our parents or the sentimental gatherings of our youth. After I was in college in Washington DC I visited him in California. Such a sweet, caring man. Recently, I know Don as the care-giver of his mother, my god-mother Joy McGilvray.

Please consider this view of my cousin Don as you make your decision on his future and the future of my 89 year old god-mother "Aunt Joy".

Respectfully,

Eleen Carey
Hamilton, MA.