
# HUMANITIES INTERNATIONAL

September 16, 2005

To Whom It May Concern:

This letter is to confirm that **Donald Bing McGilvray** has been hired by me to fill the position at *Humanities International* that he was laid off from three years ago. The disaster of September 11 left the travel and study abroad businesses bereft; hence my predecessor felt it necessary to cut staff to skeleton level. Now as the business is once again thriving, more help is needed. The founder and president, Joseph O'Brien Monahan, died suddenly two weeks ago and the Board of Directors has asked me to assume the leadership as Executive Director. I have been entrusted to continue the business, a firm which has an excellent reputation in its field and one that we hope will grow and thrive. Bing is my first hire and he will provide valuable help and information.

I have known Bing for several years and was on the selection committee that originally hired him. The Board was pleased that I had contacted Bing and that he was willing and able to return to *Humanities International*. Interestingly, he had already been in touch with Joe, the president, and they were in preliminary discussions about the rehiring process. We were pleased with Bing before and we expect the same now. His duties will be virtually the same with some adjustments and new responsibilities. He knows the business well and will be able to jump right in.

Bing has been totally up front and forthcoming about his situation and honest about where he stands. Personally I like Bing and after talking candidly with him, he feels he can work effectively with me. I am willing to take a chance with Bing because I know the quality of his work, because I have always enjoyed his pleasant personality in a business where customer service and hospitality are essential, and because I need someone who can walk into the office and know exactly what I need and what I am talking about. Bing fits the bill.

If you feel you need more information, please feel free to call me on my cell phone, which is 781.820.2425. We are in the middle of updating the firm's phone service I always answer my cell phone and would be happy to speak with anyone who needs additional details. I am happy to be able to contribute to the wellness of a good and valuable person.

Sincerely,

*Dr. John H. Acres.*

Dr. John Howard Acres
Executive Director and CEO
Humanities International, Inc.