# HUMANITIES INTERNATIONAL

33 Mount Vernon Street, Boston MA 02108   617-263-1775

June 1, 2006

To Whom It May Concern,

I have been associated with Elderhostel programs for over twenty years as an instructor, coordinator of visiting groups and advisor. The most recent eight years I have conducted programs for Humanities International and have recently been elected President of the Board of Directors.

My original contacts with Mr. McGilvray were in connection with Joseph Monahan, the founder of the organization, up until his passing in September 2005. Hired originally as Program Assistant, Mr. McGilvray managed the office professionally and became the 'face' of H.I. He was the person that the Elderhostelers communicated with by phone, mail or in person. During the period of the founder's ill health, Bing nobly shouldered many other responsibilities.

Speaking for the Board of Directors, we have, at all times, found him to be dedicated and reliable; giving of time and talent well beyond his modest salary, patient in dealing with the concerns of program volunteers and participants. His background in Art has also served us well, when he conducts evening instructional sessions for our programs. I can attest that I was never witness to any circumstances related to any personal problems that he may have encountered that were reflected in any activities or relationships connected with his roles within our organization.

Personally, I have the highest appreciation of his character. I know I speak for the entire Board of Directors when saying that we recognize of the integrity and skills of his management of our daily operations.

In the past six months, Mr. McGilvray has assumed the full management of H.I. programs. In this process, the Board has expressed its full confidence in his management skills, including the financial and fiduciary aspects of the business.

His current efforts at expansion of our programs to colleges and groups throughout New England and New York will result in the need for Mr. McGilvray to make trips throughout the region, as a representative of H.I. This expansion of our successful travel and educational programs is vital to the future growth of the business.

The Board and program volunteers believe Mr. McGilvray is an absolutely essential asset to H.I. — the Program Director who is capable of leading the organization and capable of handling the day-to-day operations of our programs and activities.

Sincerely,


Henry Hicks
President
For the Board of Directors