May 27, 2005

Honorable Richard G. Stearns
Justice of the U.S. District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way
Boston, MA 02210

RE: **Donald McGilvray**

Your Honor:

Donald McGilvray is my cousin. He is the second son of my father's oldest sister, Katherine. The McDermott and the McGilvray families have proudly been active members of the Allston/Brighton community for almost 100 years.

I know I speak for my extended family when I express my sadness and disappointment at Donald's gross lapse in judgment. Nevertheless, I also know that he realizes what a catastrophic effect his error has had on his life and the lives of those he loves. I know his rehabilitation and residency at the Spectrum Health Center has left Donald with a clear and lasting picture of the hopeless and reckless existence of a life with drugs. His primary goal at this time is to demonstrate to the Court and to his family that he can be drug free and a contributing member of society.

Donald has always been an integral member of our family. He is smart, creative, has a very keen sense of humor and in simply a wonderful cousin and dear friend. His mom, my Aunt Kay, is a fantastic woman who is beloved and respected by our family, her friends and her church. I sadly know first hand how devastated she has been by her son's egregious lapse in judgment.

Donald has true remorse for his offense and is shamed by his failure to uphold the proud and lengthy traditions of our family. However, we know him well and believe deeply that his failure is not at all likely to be repeated. He remains a treasured member of our family.

In addition to the benefit of his recent treatment, he shall have the attention and support of a loving family. Together we shall ensure that this sad and unfortunate chapter shall remain behind him. I can and do state with confidence and pride that he is well on his way to once again making his life meaningful and worthwhile.

I know I speak for all my relatives in asking the Court to give Donald a second chance to correct an otherwise productive life.

Sincerely,

Terence P. McDermott