


A teaching hospital of Harvard Medical School

**Harvard Medical Faculty Physicians**
**Carl J. Shapiro Department of Orthopaedics**

Mark C. Gebhardt, M.D.
Chief, Orthopaedic Surgery
Orthopaedic Surgeon-in-Chief

Foot and Ankle
Naven Duggal, M.D., FRCSC

General Orthopaedics
Megan E. Anderson, M.D.
Robert G. Davis, M.D.
Harris S. Yett, M.D.

Hand & Upper Extremity
Charles S. Day, M.D. *
Tamara D. Rozental, M.D.

Joint Replacement
Joint Reconstruction
Douglas K. Ayres, M.D.
Robert G. Davis, M.D.
Donald T. Reilly, M.D.
Harris S. Yett, M.D.

Musculoskeletal Medicine
John P. Donohue, M.D.
Deborah A. Brown, APRN, BC
Ryan Friedberg, M.D.
Sharon Gates, MSN, RNCS
Michael J. O'Brien, M.D.

Orthopaedic Oncology
Megan E. Anderson, M.D.
Mark C. Gebhardt, M.D. *

Spine Surgery
Edward J. Vresilovic, M.D., Ph.D. *

Sports Medicine
Robert G. Duwe, M.D.
Arun J. Ramappa, M.D.

Sports Medicine – Non-surgical
Michael O'Brien, M.D.
Ryan Friedberg, M.D.

Trauma Surgery
Paul Appleton, M.D.
Naven Duggal, M.D., FRCSC
Edward K. Rodriguez, M.D., Ph.D. *

* Denotes Chief of Division

June 25, 2007

RE: Donald B. McGilvray (BID# 124-13-94, DOB 02/10/1954)

June 25, 2007

To Whom It May Concern:

RE: Donald McGilvray (MR#: 1241394, DOB: 02/10/1954)

To Whom It May Concern:

Mr. McGilvray has been a patient of mine in the orthopedic clinic for the past year suffering from severe osteoarthritis of the left hip. We have been making preparations for a left total hip replacement in the near future. In the interim, specifically, on June 13th, Mr. McGilvray has been sentenced to three years incarceration in the Moakley Federal Court for issues related to substance abuse. He is to report to the Bureau of Prisons in the third week of July at a yet to be established location.

If possible, it would be recommended that the patient have this left total hip replacement either while he is imprisoned or have it performed prior to his imprisonment with a slight delay of his incarceration date. My concern is that as his pain has progressed, the patient is very hard to keep comfortable with the present regimen and we have had to initiate the medication Vicodin to keep him comfortable. With his history of substance abuse, although completely unrelated drug, this is a narcotic and we would prefer to minimize its usage in a person who has his past tendency towards substance abuse.

I would be very interested to see if it would be possible to get this procedure done for this patient this summer, prior to him entering the prison perhaps a month or two later.

Please contact me directly at the above number so that we can see if this remains a possibility for this patient. Thank you very much for the consideration.

330 Brookline Avenue
Boston, MA 02215

(617) 667-7000
www.bidmc.harvard.edu

Affiliated with Joslin Clinic | A Research Partner of Dana-Farber/Harvard Cancer Center | Official Hospital of the Boston Red Sox

MCGILVRAY (BID#: 1241394)    - 2 -    June 25, 2007

Sincerely,

*Douglas K Ayres*
Douglas Ayres M.D.


[SOURCE: OMR]