UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 04-10166-02-RGS

DONALD BING MC GILVRAY
U. S. Marshal No. 25415-038

# O R D E R

STEARNS, DJ.                                                              JULY 9, 2007

THE ABOVE-NAMED DEFENDANT, DONALD BING MC GILVRAY,

IS SCHEDULED TO REPORT TO A FACILITY DESIGNATED BY THE

U. S. BUREAU OF PRISONS ON , JULY 17, 2007.

IT IS HEREBY ORDERED THAT THE SURRENDER DATE OF

JULY 17, 2007 BE AND HEREBY IS <u>VACATED</u> , UNTIL FURTHER ORDER OF THIS

COURT.

SO ORDERED.

/s/ Richard A. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE