UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                        CRIMINAL NO. 04-10166-02-RGS

DONALD BING MC GILVRAY
U. S. Marshal No. 25415-038

# O R D E R

STEARNS, DJ.                                          JULY 16, 2007

AFTER FURTHER HEARING THIS DATE, IT IS HEREBY ORDERED THAT THE ABOVE-NAMED DEFENDANT, DONALD BING MC GILVRAY, SELF-SURRENDER TO THE FEDERAL MEDICAL CENTER AT DEVENS, AYER, MASSACHUSETTS, <u>BY 12:00 NOON ON TUESDAY, JULY 17, 2007.</u>

SO ORDERED.

                                       _/s/ Richard G. Stearns_
                                       RICHARD G. STEARNS
                                       UNITED STATES DISTRICT JUDGE